[No. 68825-1-I. Division One. September 16, 2013.]

LEE RICHARDSON, *Appellant*, v. THE DEPARTMENT OF LABOR
AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 10-2-44819-5, Kimberly Prochnau, J., entered
April 27, 2012. *Affirmed* by unpublished opinion per Becker,
J., concurred in by Appelwick and Schindler, JJ.

[No. 68828-6-I. Division One. September 16, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER JON
MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 11-1-01356-6, Janice E. Ellis, J., entered
May 18, 2012. *Reversed* by unpublished opinion per Cox, J.,
concurred in by Becker and Lau, JJ.

[No. 68836-7-I. Division One. September 16, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ISIAH IKE DODD,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 11-1-06392-1, Christopher A. Washington, J.,
entered May 4, 2012. *Reversed* and *remanded* by unpub-
lished opinion per Dwyer, J., concurred in by Grosse and
Appelwick, JJ.

[No. 68908-8-I. Division One. September 16, 2013.]

VASHON MAURY ISLAND PARK DISTRICT, *Respondent*, v. RACHEL
GAY ROSSER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 11-2-34703-6, Laura Gene Middaugh, J., en-
tered May 4, 2012. *Affirmed* by unpublished opinion per
Verellen, J., concurred in by Grosse and Cox, JJ.